UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONNIE ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:08CV155 HEA |
| | ) |
| STEVE LARKINS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER OF PARTIAL DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that, as to defendants Larkins, Smith, John Doe, Roberson and Portell, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 15th day of February, 2008.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE